AO 241 (Rev. 09/17)

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY "Info, on Appendix Docket's)

| United States District Court | District: |
|---|---|
| Name (under which you were convicted): TONY LAMAUR HILL, "Cited under U.C.C/U.S.C, | Docket or Case No.: Cited on Appendix §2254 |
| Place of Confinement: "Temporary on medical Leave" COLUMBIA, C.I., (See; i.e. cited Condemed By City) LOCATION: 216 S.E. CORRECTIONS WAY LAKE CITY, FL. 32025- | Prisoner No.: #317662, Appendix Authorized Federal PRO Se |
| Petitioner (include the name under which you were convicted) TONY LAMAUR HILL, (Petitioner/PRO se under DAWES, Id.), v. | Respondent (authorized person having custody of petitioner) SEC RICKY DIXON, F.D.O.C; ET. AL, GOV RON DESANTIS, STATE OF FLORIDA, (Defendant(s) under UCC/U.S.C, et.al), |
| The Attorney General of the State of: FLORIDA, "IN CONFLICT OF INTREST-ASHELY MOODY, | |

PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

FOURTH JUDICIAL CIRCUIT COURT-SHIP OF FLORIDA, (DUVAL) APPENDING LEGALLY 5th DCA IN APPENDIX'(S) APPEALING JOINT APPENDIX'(S), ..under U.C.C/U.S.C, ALL combining §2254 ALL,

(b) Criminal docket or case number (if you know): ClerK, ET. AL §1, See; i.e. Appendix's...

See, i.e. 2. (a) Date of the judgment of conviction (if you know): See; i.e. Appendix'S..

(b) Date of sentencing → See; i.e. Appendix'S, ALL...

3. Length of sentence: 9 year's

4. In this case, were you convicted on more than one count or of more than one crime? ☐ Yes ☐ No Don't Recall

5. Identify all crimes of which you were convicted and sentenced in this case: In Said Case Battery with weapon; i.e. Known Inconclusive per-Native's, Are Judicially Bar-ed By State prosecution's State official's, Can-not Detaine/Hold Any Native of DAWES, Id. Blood-Line per- DAWES, Id; 85, 97 cited By see, i.e. U.S. Congress Act's, Protect Native's, Sovereignty Right'S, Protected By cited, i.e. CURTIS ACT'(S), ALL...

6. (a) What was your plea? (Check one) "Entered By, "Council I fired, And His, Assit, on "L.T. 3.850. (Doc's);S..
L.T. "Unknown;"?.. ☐ (1) Not guilty ☐ (3) Nolo contendere (no contest)
☐ (2) Guilty ☐ (4) Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? Honorable magistrate, SI, Respectfully,... This conflict Division Council PRO-BONO BLAKE JOHNSON, was fired IN OPEN COURT see, Audio/ video's, Appendix Court Transcript's, see, i.e. court Description's, of Event's; Exhibit's, page's 23 throughout I fired This, PRO-Bono verbally, Also By PROse Motion(S),.. 3.850 - cited; i.e. L.T. court,

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury    ☐ Judge only   The PRO-BONO, I, fired Wave my Right's" While He, was, fired Breaching U.S.C, ALL.

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes   ☐ No

8. Did you appeal from the judgment of conviction? Yes,.. Before conviction By L.T. 3.850 During PRE-TRAIL.. APPENDIXING RE-CUE'S DISQUALIFING Honorable Russell HEALEY, who Stepped Down; PER- my motion's, concur.

☐ Yes   ☐ No

9. If you did appeal, answer the following:
(a) Name of court: Fourth Judicial Circuit, Duval County, Florida,
(b) Docket or case number (if you know): See, Appendix Typed petition/Exhibit's,..
(c) Result: See, Appendix's,.. ALL concur/Affirm -
(d) Date of result (if you know): 
(e) Citation to the case (if you know): See, ALL Appendix's,'...
(f) Grounds raised: ALL Appendixed in this, petition Appendixing Lower Tribunal Appendixing 5th DCA see, i.e. Fifth Circuit Court of Appeals, DAYTONA BEACH, Florida, on- i.e. Docket(s), Attached Initial Brief, citing 3.850 with ALL Appendix/Exhibit's, Forcing 5th DCA, MANDATE, FRom Chief Justice JAMES EDWARDS, concured/AFFirmed By Three Judge's, ET. AL JJ. PRATT, Etc..
(g) Did you seek further review by a higher state court? ☑ Yes ☐ No  Yes, Supreme Court Washington, DC. "Waiting on Appendix
If yes, answer the following:
(1) Name of court: Supreme Court Washington, DC. Waiting for Appendix
(2) Docket or case number (if you know): Here cited In Jacksonville, FL.
(3) Result: To Appendix Supreme Court, Washington DC, Appendixing PRO HAC VICE Duly - UNDER NATIVE, Right's, under DAWES, Id. 85, 97, citing U.S. Congress, Appendixing; Solicitor General's, office By EFC/C.M, By Jacksonville, Division "under Division's" Loyalty cited By S.ct. 9th Cir, Appendixing Clerk's, 2252-

AO 241 (Rev. 09/17)

(4) Date of result (if you know): "(AWAITING JACKSONVILLE, FL DIVISION)

(5) Citation to the case (if you know): — To Appendix This, cited Number A)oined.

(6) Grounds raised: main ISSUE HERE, EXCLUDE'S STATE, NATIVE DAWES, Id. citing 85,97 at. Appendix citing i.e. U.S. Congress Act'(S), All... To protect the Native'S, Sovereignty Right'S, ALL under, cited CURTIS Act'S

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☐ No

If yes, answer the following: clerk, ET.AL...Seen petition cited F.D.O.C,

(1) Docket or case number (if you know): / need'S, at; i.e. Martin C.I, Render 6 month'S, Indigent They Refused;...

(2) Result: Knowning The factor'S, Here F.D.O.C, HaS, The Evidence Seen;...DNA; TAKEN 5/6/2005

(3) Date of result (if you know): Concur/Prove Native By Blood-Line DAWES

(4) Citation to the case (if you know): Proving FEDERAL APPROVAL ON WRIT, (S),...

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☐ Yes   ☐ No  See, i.e. Appendix'S,

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: See, ALL; i.e. Appendix'(S), Conclusive —

(2) Docket or case number (if you know): —

(3) Date of filing (if you know): —

(4) Nature of the proceeding: —

(5) Grounds raised: —
———
———
———
———
———
———
— See; ALL,...i.e. Appendix'(S),... Continue —

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes   ☐ No

(7) Result: See; ALL, i.e. Appendix'(S); under Fed. Rule'S, p. "Rule'S#6. "Also Rule#26.Discovery - Appendixing ALL.. Rule'S; ABIDING IN WRIT'(S),...

AO 241 (Rev. 09/17)

  (8) Date of result (if you know): _See; i.e. Appendix'(S), clerk, §1,_

 (b) If you filed any second petition, application, or motion, give the same information:

  (1) Name of court: _See; i.e. Appendix'S,.. clerk, ET.AL §1,_

  (2) Docket or case number (if you know): ___

  (3) Date of filing (if you know): ___

  (4) Nature of the proceeding: ___

  (5) Grounds raised: _See; Appendix'(S), i.e., Decide §1, Conclusive cited Concured By, Division'S,.. ALL under Division'S, Loyalty Act'S; cited By S.Ct. 9th Cir. Conclusive under Service'S, of Clerk, ET AL §1, cited under U.C.C. "Also, U.S.C, ALL... under Civil Right'S, ALL Annunities,"... under Native'S, under there Blood-Line DNA, cited under DAWES, Commission, cited Taken By F.D.O.C, DAte 5/6/2005_

  (6) Did you receive a hearing where evidence was given on your petition, application, or motion?( _Proof_ )

   ☐ Yes ☐ No _See; i.e. ALL Appendix'S, in Entered on ALL_

  ~~(7) Result:~~ _Court'S Docket'S, under Division'S Loyalty §2252,_

  ~~(8) Date of result (if you know):~~ _citing i.e. §2254 - §2255 under 28 U.S.C._

 (c) If you filed any third petition, application, or motion, give the same information:

  (1) Name of court: _See; I.E. "Appendix'S/Attach'-ment'S,_

  (2) Docket or case number (if you know): ___

  (3) Date of filing (if you know): ___

  (4) Nature of the proceeding: ___

  (5) Grounds raised: ___

_See; Continued Appendix'(S),.._

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☐ No UNKNOWN; Ground's for Direct motion ~~(7) Result:~~ IN FEDERAL COURT, MOTION FOR EVIDENARY ~~(8) Date of result (if you know):~~ HEARING, Cite; i.e. IN PROCEDINGS,

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion? See; Appendix's, i.e. Left To §I, Decide/concur

See; (1) First petition: ☐ Yes ☐ No
See; (2) Second petition: ☐ Yes ☐ No
See; (3) Third petition: ☐ Yes ☐ No    Appendix's, i.e. Attach'-ment's,..

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

See; I.E. on Appeasing Decision's, under Division's, Loyalty'- cited By S.Ct. 9th and 6th cir, Division's,,,

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION:** To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** ALL GROUND'S, Appendix'-ed in ALL, i.e. Attach'-ment's, Also, EXHIBIT'S-Document's, provide's Rule#26.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ARGUE'-MENT'S, FACT'(S), GROUND'S, Cited In Appendix'(S), Entered In Addressed per-cited case'(s), ARGUE'-MENT'(S), on ALL DISCOVERY/INYIAL BRIEF, -Document'S, Asserted FACE'-SHEET Citing, i.e. DNA Date 5/6/2005 taken By F.D.O.C, Cited on D.O.C, web'-site, Cited on Federal web'-site's, NCIC SYSTEM/CSI SYSTEM, Etc..

(b) If you did not exhaust your state remedies on Ground One, explain why: See; i.e. Appendix's, prove conclusive/concur with factor's, GROUND'S, Ect.. Proving ALL Factor's, Evidence, "Also, ARGUE'-MENT'S, "§I, Federal Judge's, Appendix Federal Supreme's, washington, DC. finding Notification's under Division's Loyalty cited By S.Ct. 9th cir. "ORDERING CLERK'S, Service's, under §2252 Also, §2254, Citing Any Native Found Sited; i.e. "Housed/Detained in State, Custody;
Ill'Legally, Found under F.D.O.C, DNA; Testing citing",... And ISSUE'-ING Federal WRIT'S;.. To Render Custody; Etc..

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No   See, i.e

(2) If you did not raise this issue in your direct appeal, explain why: - Appendix'S, / Attach'-ment's Available, Sent By TAMPA, Florida District By EFC/ CM.

(d) **Post-Conviction Proceedings:** See, I.E. Court Description's "E," I Filed 3.850 During PRE'-TRAILS, Also Appendix RECUE'S of Judge,

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No   YES, IN PRE'-TRAILS, Stage'S IN L.Y.

(2) If your answer to Question (d)(1) is "Yes," state: i.e. See, Fourth Judicial Circuit Duval,

Type of motion or petition: 3.850 (A) and (B), "Also Motion To Disqualify Judge

Name and location of the court where the motion or petition was filed: Fourth Judicial Circuit, Duval County, Florida. "I Disqualified Honorable Russell Healey,

Docket or case number (if you know): See, i.e. Appendix'S / Attach'-ment's

Date of the court's decision: —

Result (attach a copy of the court's opinion or order, if available): —

(3) Did you receive a hearing on your motion or petition?   ☑ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☑ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state: See, i.e. Appendix'S L.Y. Appealed

Name and location of the court where the appeal was filed: 5th DCA Dayton, Beach Fl, Appendix'-ing 2nd Time After Mandate Sent To L.Y.

Docket or case number (if you know): See, i.e. Appendix'S, L.Y. Attached 5thDCA.

Date of the court's decision: See, i.e. mandate 5thDCA By Chief Justice

Result (attach a copy of the court's opinion or order, if available): i.e. Chief James Edwards, Concur/Affirmed By Curiam JJ, PRATT, Etc... Causing The mandate/command, See, In Appendix'S,..

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

See, i.e. (S), Attached with petition/writ, (S), forward To clerk, ET. AL §I, By EFC, From TAMPA, FLorida middle District. "All Discovery /Appendix'S,... Should Be seen, i.e. Appendix'S,..§I,.

Page 7 of 16

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: 3.850 (A) and (B) To L.Y. Duval County, Florida, Appendix Appeal'(S), To 5th DCA Daytona, Beach FL. "Also, Second Appendix After 5th DCA mandate; IGNORED

**GROUND TWO:** By L.Y. "Avading Order'S, on mandate, from Chief Justice, James, Edwards, Concur/Affirmed By 81,...

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Honurable Judge'S, In 81. All This, is Ill-Revelent, per-State, Has no Bar,. over NATIVE'S; period under DAWES, Id. 85, 97 cited By U.S. Congress, Act'(S), on Native'S, Sovereign'S, under Act'(S), Asserting Cartus Act'S ALL,.. U.S. Congress, Cite'S, State, or State official'S,.. Can'-not Hold are Detainee Any Native, under Blood-Line of The five BandS, under DAWE'S, Id. cited as, These,' Individual'S, Are a Sovereign Guvernment A nation Independant,

(b) If you did not exhaust your state remedies on Ground Two, explain why: YES, See, i.e, Native'S, Need No Exhaustion with State; We are Sanction To Appease The Federal Court'S, U.S. Congress, Averting Seen, i.e. Supreme court, Washington, DC. Appendix Solicitor. G,

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☑ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: See,' i.e. Appendix'S —

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
☑ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: See,' i.e, L.Y. Court Description'S, "E"

Name and location of the court where the motion or petition was filed: L.Y. Duval County Court, House of Fourth Judical. Jax, FL, "Appendix'S Appeal'S, To 5th DCA; "Twice on Appeasing 5th DCA, Writ'S,

Docket or case number (if you know): See,' i.e. 5th DCA Attached/Appendix'S...

AO 241 (Rev. 09/17)

Date of the court's decision: _See, i.e. Appendix's, Document's,._

Result (attach a copy of the court's opinion or order, if available): _Attached from EFC; see i.e. Appendix's sent to federal court Jax, FL, forwarded by EFC; from Tampa, FL. Clerk, ET. AL §1,_

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _See; i.e. Appendix's, - Attach'-ment's, Document's, Exhibit's, under Rule#26._

Docket or case number (if you know): _—_

Date of the court's decision: _—_

Result (attach a copy of the court's opinion or order, if available): _— See, i.e. 5th DCA. Honorable chief Justice James, Edwards, concur/ Affirm with §1, curiam concur JJ. PRATT,.. Etc..._

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
_See; document's, 5th DCA Also, Initial Brief cited; i.e. Docket'(s),.. with Appendix's, sent By EFC, §1,._

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : _See; i.e. EFC, Document's, In Appendix's, To Appease All Question's, For This, Said federal middle District, JAX, FL, District (Duval County), Florida Appendix_

**GROUND THREE:** _See; i.e. EXHIBIT "N" = Native, see, i.e. DNA, taken By D.O.C, Dated 5/6/2005 cited i.e. face'-sheet._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_DNA taken, cited, i.e. on face'-sheet DNA (taken 5/6/2005,. clear's, Any Doubt, That FL.D.O.C, Sec. Ricky Dixon, ET. AL Gov. Ron Desantis, Know's, All the variable's, on DNA, Available to feds, Also, FBI, Through NCIC check's, on DNA - Finger Print's, Etc... with NCI, check's, on federal web'-sites,. Gov./ Federal Burea I.C.I./ Home land site..._

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: Honorable Judges, Sl, you Reside with wisdom power and Authority, I Just point out the plumb'-line as a SEER, PRo se Endowed with Appendix The Rite's Tu Builder under psalms 132-133, A CRAFTMAN oF LAW,

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: "YES, I Raised that I could Represent mySelf, In Nelson, But the Honorable Judge Linda Mc callum, Shuwed Bias and prejudice Action's per-Speach (Impediment; Redicaled like moses, I am Still Blessed!

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? GROUND
☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: motion To PRo se with Co-council on Native Sovereign

Name and location of the court where the motion or petition was filed: L.Y. Duval County, FL, Fourth Judicial Circuit Appendixed To Supreme of Florida

Docket or case number (if you know): See, Appendix's, on L.Y. Appendix To

Date of the court's decision: Supreme court, Concluded PRo Buno Blatle Johnson

Result (attach a copy of the court's opinion or order, if available): was Representing Even though I Filed 3.850(A)/(B)] on PRo Buno Blatle Johnson, and Reported Him To Florida Bar Association, and The Docket is; on L.Y.

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state: I stated on Appeal's Initial Brief

Name and location of the court where the appeal was filed: 5th DCA, Daytona Beach, Florida on First Appeal and mandate Issued By Chief James Edwards,

Docket or case number (if you know): see, i.e. 5th DCA Appendix's/Attach'(s),..

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): 5th DCA Three Honorable Judge's Concur/Affirm JJ. PRATT, Etc... Also chief Justice James, Edwards, mandate's L.Y. To proceed per- mandate Issued Date see, i.e. Mandate Appendix's,

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

§1, Clerk, ALL Attach'-ment's are provided sent By Clerk, ET. AL §1, From Yampa, Florida Division See, i.e. ALL Appendix's, / Attach'-ment's,... please...

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: See, i.e. Appendix'(S)... provided By ECF Forwarded from Yampa, FL Division

**GROUND FOUR:** "I have Ground's, under U.C.C., ALL "Citing universal Commercial Code; memo's, All Crime's are commercial; citing Defendant;

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

U.C.C., State.S; All Crime's are commercial; Especially under Barge of Embargo Act's; "Hidden, In the Real-Idenity of Bar". "And What it Really?" Is; Listed Florida Bar Association; clearly Hidden; from Defendant's/Inmate's charged; With Crime's Asserting P.D./Public Defender's, or Conflict Region Attorney's or Private Attorney's; "UNBEHNOWING BLUNT, Conflict of Intrest; Everyone; In This; Court'-Ship, Is under one Bar/EMBARGO Act.

(b) If you did not exhaust your state remedies on Ground Four, explain why: Honorable Judge's In §1, "Really" Dose Any Native, under Blood'-line under DAWES, Id. 85, 97 at citing U.S Congress Act's, on Native's, Sovereignty, As a Sanction Indepent Gov. Have to even, "Entertain any State; Intity; or there official's, No!

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: On Initial Brief, when I opposed and Disqualified/Recue Honurable Judge Russelle Healey, By my PRose motion Appendix 3.850

(d) **Post-Conviction Proceedings:** In PreTrial see, i.e. Exhibit's "E" Court Discriptions

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: L.Y. Fourth Judicial Motion To Disqualify/Recue Honurable Russelle Healey, Appendixing 3.850.(A) and (B).

Page 11 of 16

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: 5th DCA Daytona, Beach FL,

Docket or case number (if you know): See, i.e. 5th DCA Appendix's

Date of the court's decision: 

Result (attach a copy of the court's opinion or order, if available): 5th DCA, Fail To comply, on motion of Writ, of prohibition's(s), Breach's of U.S.C.

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No
(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☑ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☑ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: They Refuse To comply,

Docket or case number (if you know): 5th DCA.

Date of the court's decision: Refuse To comply,

Result (attach a copy of the court's opinion or order, if available): None still Doormate un answered, 81, what dose it matter, To a Sovereign Native, who the State, has No Jurisdiction over,.. This, is why I am, In Federal Native's, Dawes,

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: Honorable Judge's, in 81,. How many Natives, under Dawes, Five Tribes, are in State, custody, The one's, who Sign and Waived there, Natives Right's, Knowningly under U.S.C, Right's, To Know Act's Right's, To be Informed, And The Native's, unlearned To there Right's, under Dawes, under Educated in Law,.

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: I have notified Sec, Richy Dixon, Et. AL, Gov, Ron Desantis, F.D.O.C., So they Delay, my medical ROI'(s),/Record's, and Recently, on 11/12/24, when I Received ROI's,/ Record's, Tallahassee, FL. Official's, and C/o Jeffery Lindsey, came at 9:00 pm night and Seized All my Legal work and ROI's/Record and Refuse to Return, Them In Rico Act's, Violating me, a Native Dawes,

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☑ Yes ☐ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: Yes, To The Best oF my Knowledge But; Judge Again The State, has no Legal Juridiction, In The Envulve-ment oF Any Group oF The Five Bands, oF DAWeS, oF U.S, Congress,

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: I have the Right, under U.S.C, Right's, To Know Act's, ALL, Right's, To be Informed To Seize That DNA, taHen By F,D.U,C, on 3/8/2005

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☑ Yes ☐ No  Tampa, FL. Furwarded Jax,FL.

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. To petition / Appendix Forwarded By ECF/C.M. To Jacksonville, FL, with All Attach-ment's, See, i.e, Appendix, please §/2, I'm Tired why; Continue, guing over State; Court, procedure's, In a Federal matter, To Resolve, on Federal Issue, on U.S, Congress, Sanction's, Ajoined In Appendix with Washington, DC, and Solicitor General oFFice,.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☑ Yes ☐ No  See, i.e. Sought,...

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.  i.e.. - IN Appendix Sought has to be Ajoined with middle District Jax, Florida case No.: 3:24-CV-01069-WWB-PDB, "Cleared To proceed In Applicable/Accurate Forma Pauperis; By Direct proper, Intitle-ment of This, Said A-joined §2254 meaning §1, Federal Judges; As properly Tittled under DAWes, petition,:UNITED STATES oF AMERICA'S CORP, ET Ah;i.e. per-DAWES; IS A SANCTION, oF SANCTION(S)... under U.S. A; Appendixed To U.S. Congress, Act's(s) See, i.e.

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Conflict Division of Region Blake Johnson, who I fired?? In open L.Y. Court and filed Bar Association

(b) At arraignment and plea: Complaint on Submitted on Docket EXHYBIT(S), "E" L.Y. Duval County, Court! House, "Also, I Filed 3.850(A)(B)

(c) At trial: On Blake Johnson In PRE-TRAYL., And These Judge's, All Allowed him,..Him To Stay Forcing His, 6th

(d) At sentencing: Amend on, me,.. Even To The point He,. waive my Speedy, Trial with-out my Consent; on purpose and So,

(e) On appeal: He Continued even Thow;.. I Refused To see; Him or His, Assistant,.. who Sealed a plea; Ill-legally;..

(f) In any post-conviction proceeding: For me; Knowing I fired Them; They Still Represented me; see; Audio/videos, of All pre-Trial(s)..

(g) On appeal from any ruling against you in a post-conviction proceeding: "I mentioned All this, In All Appeal'S, In Appendix'S see, i.e. 5th DCA and four Jurdicial Duval County, cited Initial Brief's,..

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  ☐ Yes  ☑ No  "Shalom.

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

N-A-

N-A-

(b) Give the date the other sentence was imposed:  N-A.

(c) Give the length of the other sentence:  N-A.

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?  ☑ Yes  ☐ No  Supreme Court Washington DC.

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Because per-federal Law's, Appease/Granted "Citing i.e. Any Native Found," of The Five Band's of DAWES, Blood-line; under U.S. Congress, Act'S, To protect The Native'S, Sovereignty, Right'S,... Cartus, Act'S, "Found In Any F.D.U. Correction'S,.. Inst. "IS To be Rescued under Any Appeased 28 U.S.C, §2244,..under Division loyalty Act'S. cited S.Ct. 9th Cir. under Service'S; i.e. §1, proceeding 2254...

AO 241 (Rev. 09/17)

..i.e. Memorandum'(s),... DAWES, "Is Alotted/
Afford on Any Writ;/WRIT'(S),... The Appease'-ment
of Enter'-Tainment and Attention of The Highest
Court; In The Land The Supreme Court Washington
D.C. 1 First Street, N.E. Washington, DC 20543
Appendix'-ed To mailing Address, of The Solicitor
General of The United States i.e. "See (Rule #29.4)
Room 5616 Department of Justice 950
Pennsylvania Avenue, N.W. Washington DC
20530-0001 per'-Application/petition
Addressed proper'-ly By Entitle'-ment see, i.e.
, CASE NAME: TONY LAMAUR HILL,
VS.
UNITED STATES OF AMERICA'S CORP, ET. AL
STATE OF FLORIDA,
GOV. RON DESANTIS,
SEC. RICKY DIXON, F.D.U. CORRECTION'(S),
(Defendant(s), et. al, under U.C.C./U.S.C.),..
II. Proper'-ly Honorable Judge Patricia D. Barksdale;
By Rites; And Ritual's; of The Right's, of U.S.C., ALL,...
please See; i.e. To Appendix By EFC/Cm under 2253, Services,

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)  A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of –

    (A)  the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B)  the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    (C)  the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D)  the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection. "Also, Appendix under Division's Loyalty S.Ct. 9th Cir,

Therefore, petitioner asks that the Court grant the following relief: "I, under Rite's/Ritual's, of Fed. R. P. Rule #6. Cited under U.S.C, 6th Amend'-ment's, prep'-under OATH; I swear under pain/penalty, All Statement's, fact's, Ground's; True or any other relief to which petitioner may be entitled. "So help, me God, Grand Architect God, Respectfully Submitted,
"SEER/S/Tony J Hull, PRo Se Federal #317662,
Duly Able To PRo HAC VICE, Rule #6./#5.1,
under DAWES, Id. 85, 97 see, i.e.

Signature of Attorney (if any)
NAtive under DAWES, Sovereignd(s),..

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).
12/ /24,

Executed (signed) on 12/ /24, (date). By "SEER PRo Se

"SEER/S/Tony J Hull, "PRo Se Federal #317662; See,
i.e. Columbia C.I, "Cited Condemed i.e. see-
-216 S.E. Corrections way, Lake city, FL. 32025
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

"Honorable Federal Judge MS. Patricia D. Barksdale; All Thing's, Done properly, As A CRAFT'-mAN of Federal Law, "I, Build This, case/cause under The Rites of A master Builder; under Rites; of H.S, psalms, 132-133, Duly, "SEER,
"(SHALOM, MS. Barksdale,...

AO 241 (Rev. 09/17)

# Petition for Relief From a Conviction or Sentence
# By a Person in State Custody

(Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

### Instructions

1. To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2. You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit any legal arguments, you must submit them in a separate memorandum. Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition.

6. You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If your account exceeds $ *1,600.00* you must pay the filing fee. *NEGATIVE/BROKE IS*

7. In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8. When you have completed the form, send the original and ____ copies to the Clerk of the United States District Court at this address:

   Clerk, United States District Court for
   Address
   City, State  Zip Code

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

9. **CAUTION:** You must include in this petition all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

10. **CAPITAL CASES:** If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.

*Respectfully Submitted,*
*"SEER/S/ Tony J Hull, "Pro Se Federal Court's #317662,*
*TONY LAMAUR HILL, "Pro Se #317662,*
*under U.C.C./U.S.C. under DAWES, Id. 85, 97*

Page 1 of 16